

100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948

Tel: 770.818.0000

www.fmglaw.com

**Alexia R. Roney**
Senior Counsel
D: 770-818-1290
C: 404-808-4334

aroney@fmglaw.com

June 16, 2022

<u>*VIA CM/ECF ELECTRONIC FILING*</u>

Courtroom Deputy to Honorable J. P. Boulee
United States District Judge
1988 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re:    **<u>Leave of Absence Notice/Request</u>**

           Case:  *Acuity, A Mutual Insurance Company v. Lane's Equipment Rental, Inc., Daniel McGuffie, Donald Monroe, and Rhonda Monroe*
           US District Court for the Northern District of Georgia, Rome Div.
           CAFN:  4:22-cv-101-JPB

Dear Sir/Madam:

      I am counsel for Defendant The GEO Group, Inc. in the above-referenced matter.  Pursuant to Rule 83.1(4) of the Civil Local Rules of the Northern District of Georgia, please be advised that I will be absent from the practice of law from the following dates:

1. July 1, 2022, through July 8, 2022, due to family vacation.
2. September 9, 2022, through September 16, 2022, due to military duty.

      Please accept this request that the Court not place this matter down for a hearing, trial or other appearance during these periods of absence.

      The Court's consideration in this regard is appreciated.  If the Court has any questions, comments or concerns, please do not hesitate to contact me.  Thank you.

      Sincerely,

      FREEMAN MATHIS & GARY, LLP

      MATTHEW F. BOYER

www.fmglaw.com



Courtroom Deputy to The Honorable Thomas W. Thrash, Jr.
May 02, 2022
Page 2

cc: All parties of record via CM/ECF "Statutory Electronic Service"