# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) No. 4:22-CV-00101-JPB |
| LANE'S EQUIPMENT RENTAL, INC., DANIEL MCGUFFEE, DONALD MONROE, and RHONDA MONROE, | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their undersigned respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that all claims and counterclaims in the above captioned case should be dismissed, with prejudice, based upon a settlement agreement being reached between the parties. Each party to bear its own costs and fees.

AU Lanes Equipment Monroe Rule 41 Stip Dism 230119

Respectfully submitted,

*s/ Cory R. Miller*
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT:  (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**CORY R. MILLER**
Registration No. 34770
DIRECT:  (615) 630-7745
(615) 256-8787, Ext. 145
cmiller@bkblaw.com
*Attorneys for Plaintiff/Counter-Defendant, Acuity, A Mutual Insurance Company*

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN  37228

*s/ Jeffrey A. Kershaw*
**JEFFREY A. KERSHAW**
Georgia Bar No. 159054
*Counsel for Plaintiff/Counter-Defendant Acuity, A Mutual Insurance Company*

**KERSHAW WHITE LLC**
5881 Glenridge Drive
Suite 100
Atlanta, GA  30328
470-443-1100 main
470-344-0958 direct
404-748-1179 fax
*jeff.kershaw@kershawwhite.com*

>*s/ Richard E. Dolder*
>James (Jay) Sadd
>Georgia Bar No. 066010
>Richard E. Dolder
>Georgia Bar No. 220237
>**SLAPPEY & SADD, LLC**
>352 Sandy Springs Circle
>Atlanta, GA 30328
>Ph: (404) 255-6677
>jay@lawyersatlanta.com
>rich@lawyersatlanta.com
>*Attorneys for Lane's and*
>*Mr. McGuffee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2023, a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Jeffrey A. Kershaw, Esquire
Kershaw White, LLC
5881 Glenridge Drive, Suite 100
Atlanta, GA 30328

Richard E. Dolder, Jr., Esquire
James N. Sadd, Esquire
Slappey & Sadd, LLC
352 Sandy Springs Circle
Atlanta, GA  30328


_s/ Cory R. Miller_ _____
**CORY R. MILLER**

CRM:cmb